*1269 ante, p. 32; 500 U. S. 916; 500 U. S. 942; ante, p. 1206; 500 U. S. 415; ante, p. 1202; 500 U. S. 948; 500 U. S. 944; 500 U. S. 960; 500 U. S. 961; *1270 ante, p. 1234; 500 U. S. 944; 500 U. S. 936; 500 U. S. 955; ante, p. 1208; ante, p. 1234; ante, p. 1208; ante, p. 1213; ante, p. 1208; ante, p. 1213; 500 U. S. 957; 500 U. S. 960; ante, p. 1220; ante, p. 1236; ante, p. 1255; ante, p. 1211; and ante, p. 1237. Petitions for rehearing denied.
No. 90-7539.
No. 90-7558.
No. 90-7609.
No. 90-7612.
No. 90-7697.
No. 90-7726.
No. 90-7741.
No. 90-7745.
No. 90-7754.
No. 90-7770.
No. 90-7783.
No. 90-7786.
No. 90-7813.
No. 90-7886.
No. 90-7956.
No. 90-7979.
No. 90-8068.